■ In the Matter of PETER K. TIMON, an Attorney.— Respondent reinstated as an attorney and counselor at law of the State of New York. Concur — McGivern, P. J., Markewich, Nunez, Kupferman and Murphy, JJ.